JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEL YAMOUT,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFRY SCAPA, et al.,<br><br>   Defendants. | No. CV 24-8876-DMG (JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's June 13, 2025 Order re Defendant Jeffry Scapa's motion to expunge, and Plaintiff Adel Yamout's motion to remand and motion for leave to amend,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants Jeffry Scapa, Silverman Realty Corp., William Silverman, and Asset Default Management Inc., and against Plaintiff and that this action is dismissed without prejudice.

DATED: June 13, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

1